GENERAL FUND

**FOR THE SOUTHERN DISTRICT OF**
**ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:**
**COVERING THE PERIOD 08/15/2019**

| CASE NO. | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| 13-03919 #625 | BRITTNEY M. ELLIS | APPROVED CASH ADVANCED | 706 SOUTH MCKENZIE STREET FOLEY, AL 36535 | 199825 | $ 1,299.17 |
| 13-03919 #625 | BRITTNEY M. ELLIS | APPROVED CASH ADVANCED | 706 SOUTH MCKENZIE STREET FOLEY, AL 36535 | 199825 | $ 8.66 |
| 19-11651 #625 | LYDIA MAGELENE DILLARD | HARRISON FINANCE | 863 HILLCREST ROAD MOBILE, AL 36695 | 200782 | $ 10.00 |
| 18-03401 #625 | ROY IVAN WEAVER, SR. | UNDER THE OAKS, LLC C/O TOMMY BROOKS | 3000 JERSEY DRIVE WEST MOBILE, AL 36695 | 202342 | $ 128.44 |
| 14-02907 #626 | PHILLIP E. ROBINSON GINA M. ROBINSON | WEX FLEET ONE | P.O. BOX 415000 NASHVILLE, TN 37211 | 202541 | $ 12.22 |
| 15-03335 #632 | ONDRA ARMSTEAD | ONDRA ARMSTEAD | P.O. BOX 6013 MOBILE, AL 36660 | 202628 | $ 7.7 |
| 14-02114 #632 | WILLIAM AVERA PATRICIA AVERA | WILLIAM AVERA PATRICIA AVERA | 6362 RANCH ROAD EAST GRAND BAY, AL 36541 | 202629 | $ 361.80 |
| 15-00974 #632 | DIANE W. BOURASSA | DIANE W. BOURASSA | 2515 FARNELL DRIVE MOBILE, AL 36605 | 202634 | $ 3.7 |
| 14-00474 #632 | MICHAEL CHAD BYRD | MICHAEL CHAD BYRD | 22103 2ND STREET SILVERHILL, AL 36576 | 202641 | $ 10.7 |
| 16-02362 #632 | ARNESHA COLEMAN | ARNESHA COLEMAN | 2247 AL AVENUE SELMA, AL 36701 | 202648 | $ 72.01 |
| 16-02362 #632 | ARNESHA COLEMAN | ARNESHA COLEMAN | 2247 AL AVENUE SELMA, AL 36701 | 202649 | $ 52.51 |
| 14-00051 #632 | PATRICIA M. COOK | PATRICIA M. COOK | 2334 COURT STREET CHATOM, AL 36518 | 202650 | $ 12.2 |
| 19-10325 #634 | ALTON JERRY DUNCAN | ALTON JERRY DUNCAN | 1504 E. SHAN DRIVE EAST MOBILE, AL 36693 | 202668 | $ 477.9 |
| 16-01665 #632 | JANIS FONDREN | JANIS FONDREN | 8950 SPICE POND ROAD EXT SEMMES, AL 36575 | 202682 | $ 65.28 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 08/15/2019

| CASE NO. | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| 16-01699 #632 | MAQUALLA MARIE GABLE | MAQUALLA MARIE GABLE | 1817 KIBBY STREET MOBILE, AL 36606 | 202685 | $ 56.7? |
| 16-01699 #632 | MAQUALLA MARIE GABLE | MAQUALLA MARIE GABLE | 1817 KIBBY STREET MOBILE, AL 36606 | 202686 | $ 60.02 |
| 18-00372 #632 | BERNIE E. MCCRAY | BERNIE E. MCCRAY | 415 NORTH WASSON AVENUE MOBILE, AL 36612 | 202741 | $ 1.7? |
| 18-04421 #634 | JANE B. NICHOLES | JANE B. NICHOLES | 9243 BROOKSHIRE LOOP DAPHNE, AL 36526 | 202745 | $ 1,333.0? |
| 17-02759 #632 | MASHAE N. PETERS | MASHAE N. PETERS | 856 WILD AVENUE EVERGREEN, AL 36401 | 202752 | $ 2.11? |
| 13-03503 #632 | ELLIOT J. REED | ELLIOT J. REED | 8015 FAIRFORD ROAD MCINTOSH, AL 36553 | 202756 | $ 30.22? |
| 16-03830 #632 | JUSTIN E. THOMPSON | JUSTIN E. THOMPSON | 1615 THOAMS ROAD BREWTON, AL 36426 | 202790 | $ 3.9? |
| 17-01906 #632 | JAVARIS S. WILLIAMS | JAVARIS S. WILLIAMS | 54 SCHOOL STREET ATMORE, AL 36502 | 202805 | $ 1,493.7? |
| 14-02901 #632 | WALTER WILLIAMS, SR. | WALTER WILLIAMS, SR. | 9770 LUNDY LANE THEODORE, AL 36582 | 202806 | $ 22.7? |

TOTAL $ 5,526.93

| G/L | #625 | $ 1,446.27 |
|---|---|---|
| G/L | #626 | $ 12.28 |
| G/L | #632 | $ 2,257.43 |
| G/L | #634 | $ 1,810.95 |
| | | $ 5,526.93 |